Larry K. GREEN; Black Habitual Felons in N.C., Plaintiffs–Appellants,

v.

State of NORTH CAROLINA; North Carolina General Assembly; North Carolina Supreme Court; North Carolina Department of Corrections; Beverly Perdue, Governor, Defendants–Appellees.

No. 10–7736.

United States Court of Appeals, Fourth Circuit.

Submitted: June 1, 2011.

Decided: June 14, 2011.

Larry K. Green, Appellant Pro Se.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's order dismissing as frivolous their 42 U.S.C. § 1983 (2006) complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. North Carolina*, No. 5:10–ct–03099–BO (E.D.N.C. Dec. 2, 2010). We deny Green's motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*